# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | KEYSPAN GAS EAST CORPORATION d/b/a NATIONAL GRID | 12/13/2022 | 266428 | Check | $ 12,105.93 |
| Akorn Operating Company, LLC | KEYSPAN GAS EAST CORPORATION d/b/a NATIONAL GRID | 1/10/2023 | 266777 | Check | $ 19,234.21 |
| Akorn Operating Company, LLC | KEYSPAN GAS EAST CORPORATION d/b/a NATIONAL GRID | 2/8/2023 | 267125 | Check | $ 25,702.24 |
| | | | | | $ 57,042.38 |