# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[3]<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br>　　　　　Plaintiff,<br>　　　v.<br>KEYSPAN GAS EAST CORPORATION d/b/a NATIONAL GRID,<br>　　　　　Defendant. | Adv. Proc. No. 25-50344 (KBO) |

## CERTIFICATE OF SERVICE

　　　　I, Evan T. Miller, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Complaint, Summons and Notice of Dispute Resolution Alternatives was made on April 25, 2025 by:

**X**　　Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

　　　　National Grid
　　　　c/o Corporation Service Company
　　　　84 State Street
　　　　Boston, MA 02109

**X**　　Electronic Mail ("E-Mail"): By e-mailing with defendant or defendant's counsel at the below address:

　　　　Russell Johnson; Lindsay K. Biggs
　　　　russell@russelljohnsonlawfirm.com; lindsay@russelljohnsonlawfirm.com

---

[3] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

-2-

☐ Personal Service: By Leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

> */s/ Evan T. Miller*
> Evan T. Miller (DE Bar No. 5364)
> SAUL EWING LLP
> 1201 North Market Street, Suite 2300
> Wilmington, DE 19801
> (302) 421-6800
> Evan.miller@saul.com

Dated:  April 25, 2025